IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00932-BNB

D. MICHAEL CLAYTON,

      Plaintiff,

v.

THE SAMSONITE EMPLOYEES RETIREMENT INCOME PLAN, f/k/a/ THE
      SAMSONITE RETIREMENT INCOME PLAN, and
SAMSONITE LLC AS PLAN ADMINISTRATOR OF THE SAMSONITE EMPLOYEES
      RETIREMENT INCOME PLAN,

      Defendants.

## ORDER DRAWING CASE

      After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge and, when appropriate, to a **magistrate** judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

      ORDERED that this case shall be drawn to a **presiding** judge and, when appropriate, to a **magistrate** judge.

      DATED April 9, 2014, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge