IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00932-BNB

D. MICHAEL CLAYTON,

Plaintiff,

v.

THE SAMSONITE EMPLOYEES RETIREMENT INCOME PLAN, f/k/a The Samsonite Retirement Income Plan and
SAMSONITE LLC, as Plan Administrator of The Samsonite Employees Retirement Income Plan,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Accept Waivers as Compliance with Minute Order** [docket no. 17, filed May 7, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

DATED:  May 9, 2014