IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00932-BNB

D. MICHAEL CLAYTON,

Plaintiff,

v.

THE SAMSONITE EMPLOYEES RETIREMENT INCOME PLAN, f/k/a The Samsonite
Retirement Income Plan, and
SAMSONITE LLC, as Plan Administrator of The Samsonite Employees Retirement Income
Plan,

Defendants.

---

**ORDER**

---

This matter arises on the plaintiff's **Motion to File Third Amended Complaint** [Doc. #

33, filed 10/2/2014] (the "Motion to Amend").  I held a hearing on the motion this afternoon and

made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Amend [Doc. # 33] is GRANTED, and the Clerk of the Court is

directed to accept for filing the Third Amended Complaint [Doc. # 33-1].

(2)     A scheduling conference is set for November 20, 2014, at 9:00 a.m., in Courtroom

401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A

proposed scheduling order shall be prepared by the parties and submitted to the court no later

than November 13, 2014.

(3)     Counsel, at its option, may appear at the scheduling conference by telephone by

contacting the court at 303-844-6408 at the designated date and time.

Dated October 14, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge