IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:     14-cv-00932-RM-KMT | Date:   May 4, 2015 |
| Courtroom Deputy:    Deborah Hansen | FTR:    Courtroom C-201 |

*Parties:*

D. MICHAEL CLAYTON,

    Plaintiffs,

v.

THE SAMSONITE EMPLOYEES RETIREMENT
INCOME PLAN, f/k/a THE SAMSONITE
RETIREMENT INCOME PLAN;
SAMSONITE LLC, INDIVIDUALLY AND AS PLAN
ADMINISTRATOR OF THE SAMSONITE
EMPLOYEES RETIREMENT INCOME PLAN;   and
PLAN ADMINISTRATOR OF THE SAMSONITE
CORPORATION SUPPLEMENTAL
EXECUTIVE RETIREMENT PLAN,

    Defendant.

*Counsel:*

Jennifer L. Kroll
Susan J. Martin

Dirk W.  deRoos
Thomas W. Carroll

## COURTROOM MINUTES

**MOTIONS HEARING**

**01:32 p.m.     Court in session.**

Court calls case.  Appearances of counsel.

Court raises Plaintiff's Motion to Conduct Discovery [Docket No. 52] for oral argument.

Discussion/Argument

**ORDERED:  The discovery deadline is extended to May 15, 2015; and June 15, 2015 for responses.**

**ORDERED:** **July 31, 2015 is the close of discovery.**

**ORDERED:** **The briefing schedule for supplementing the Administrative Record is: Opening briefs are due October 30, 2015; and responses are due November 30, 2015; replies are due by December 30, 2015**

**ORDERED:** **Plaintiff's Motion to Conduct Discovery [Docket No. 52] is GRANTED.**

**ORDERED:** **Parties' Stipulation and Unopposed Motion to Continue Scheduling Order Deadlines Pending Ruling on Motion to Conduct Discovery and to Submit Proposed Scheduling Order Deadlines Following Ruling on Motion to Conduct Discovery [Docket No. 58]  is GRANTED**.

**03:32 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time     2 hours

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.